UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO FIRE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 23-cv-04563-RFL<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ENTER JUDGMENT AND CLOSE THE CASE**<br><br>Re: Dkt. No. 12 |

As Briggett C. Phelps did not file an amended complaint by the June 7, 2024 deadline set in the Court's Screening Order, the complaint remains dismissed. (*See* Dkt. No. 12.) The Clerk of the Court shall enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated: June 18, 2024

_____
RITA F. LIN
United States District Judge

1